UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| REUTERS NEWS & MEDIA INC. and THOMSON REUTERS U.S. LLC, | Case No. 6:24-mc-06020-EAW-MJP |
| Petitioners, | Case in Other Court: No. 1:24-cv-00507-AS (S.D.N.Y.) |
| - against - | |
| MARK VINCENT MORGAN SR., | **ORDER** |
| Respondent. | |

---

WHEREAS, on November 19, 2024, Petitioners Reuters News & Media Inc. and Thomson Reuters U.S. LLC issued a subpoena to Respondent Mark Vincent Morgan Sr. to testify at a deposition on December 3, 2024 and to produce documents in the action captioned *Global Weather Productions, LLC v. Reuters News & Media, Inc.*, No. 1:24-cv-00507-AS (S.D.N.Y.);

WHEREAS, on November 25, 2024, Respondent was served with such subpoena;

WHEREAS, Respondent did not appear for his deposition noticed for December 3, 2024;

WHEREAS, on December 6, 2024, Petitioners moved for an order compelling Respondent to comply with the subpoena or holding Respondent in contempt for disobeying the subpoena (ECF No. 1);

WHEREAS, on December 9, 2024, the Court issued an Order to Show Cause, ordering Respondent to appear before this Court at 11:00 a.m. on December 12, 2024, and show cause why Respondent should not be compelled to comply with the subpoena or held in contempt for disobeying the subpoena (ECF No. 4);

WHEREAS, on December 9, 2024, service of the Order to Show Cause on Respondent was attempted, and such service was completed on December 10, 2024 (ECF No. 6);

WHEREAS, on December 12, 2024, the Court held the show-cause hearing, and Respondent, in violation of the Order to Show Cause, did not appear for the hearing (ECF No. 9; *see also* ECF No. 10);

NOW, THEREFORE, the Court hereby ORDERS as follows:

1. Respondent shall appear for his deposition on **December 18, 2024, at 10 a.m.**, at Ogletree Deakins, Key Center, 50 Fountain Plaza, Suite 1400, Buffalo, NY 14202, or via videoconference.

2. At the December 18, 2024 deposition, Respondent shall give testimony and produce the documents required by the subpoena dated November 19, 2024.

3. Petitioners shall serve a copy of this Order on Respondent via overnight mail and via email by close of business on December 14, 2024.

4. Any failure to comply with this Order may result in sanctions, including a finding of contempt.

It is SO ORDERED.

Dated: December 12, 2024
Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge

2